JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **LATONDREA DENISE SANDERS,** ) | **No. LA CV 16-03808-VBF** |
| ) | LA CR 07-01130-VBF-2 |
| Petitioner, ) | **FINAL JUDGMENT** |
| ) | |
| v. ) | |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |

Pursuant to this Court's Order Denying the 28 U.S.C. Section 2255 Habeas Corpus Motion, **final judgment is hereby entered in favor of respondent and against petitioner Latondrea Denise Sanders.**

Dated: Friday, September 29, 2017

_Valerie Baker Fairbank_
_____

VALERIE BAKER FAIRBANK
Senior UNITED STATES DISTRICT JUDGE